# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY YOUNG and SYLVIA YOUNG**                                              **PLAINTIFFS**

**V.**                               **4:07-CV-00668-WRW**

**BANK OF AMERICA, NA, et al.**                                              **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Strike Supplemental Discovery Responses and Exclude Witness (Doc. No. 73). Defendant has responded.[1]

Plaintiffs' motion is DENIED.

IT IS SO ORDERED this 24th day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 74.